UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-63134-BLOOM/Reid

SAMSON RODRIGUEZ,

      Plaintiffs,

v.

DEPARTMENT OF CORRECTIONS,

      Defendant.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation of Magistrate Judge Reid (the "Report"). *See* ECF No. [9]. This action was previously referred to the Honorable Lisette M. Reid for a Report and Recommendation on any dispositive matters. *See* ECF No. [2].

On January 2, 2019, Petitioner was ordered to file an amended version of his habeas corpus petition by January 24, 2019. ECF No. [5]. Judge Reid granted a *sua sponte* extension of time for Petitioner to file his amended petition by February 21, 2019. ECF No. [8]. To date, an amended petition has not been filed. On April 9, 2019, Judge Reid issued the Report recommending that this action be dismissed for want of prosecution or failure to comply with Court Orders. *Id.* at 3.

The Report advised that any objections to the Report's findings were due within fourteen days of receipt of the Report. *Id.* To date, neither party has filed any objections, nor have they sought an extension of time to do so. The Court has, nonetheless, conducted a *de novo* review of Judge Reid's Report, the record and applicable law, and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review of

Case No.  18-cv-63134-BLOOM/Reid

the record and the Report, the Court finds Judge Reid's Report to be well reasoned and correct, and the Court agrees with the its analysis.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Reid's Report and Recommendation, **ECF No. [9]**, is **ADOPTED**.

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE**.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED** as moot, and all deadlines are **TERMINATED**.

4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida this 25th day of April, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

The Honorable Lisette M. Reid

Counsel of Record